Jason A. Geller (SBN 168149)
E-Mail: jgeller@fisherphillips.com
Juan C. Araneda (SBN 213041)
E-Mail: jaraneda@fisherphillips.com
Jessica A. Taylor (SBN 301708)
E-Mail: jataylor@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendants
WALMART INC. and
WAL-MART ASSOCIATES, INC.

Lawrence W. Freiman (SBN 288917)
E-Mail: lawrence@freimanlegal.com
FREIMAN LEGAL
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Telephone: (310) 917-1004

Attorneys for Plaintiff
KENYA GREEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KENYA GREEN,<br><br>           Plaintiff,<br><br>     v.<br><br>WALMART INC.; WAL-MART ASSOCIATES, INC.; and DOES 1 through 20, inclusive,<br><br>           Defendants. | Case No: 2:24-cv-00534-WBS-CKD<br><br>*[Removed from Sacramento County Superior Court, Case No. 24CV000807]*<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE INITIAL SCHEDULING CONFERENCE; ORDER**<br><br>**Initial Scheduling Conference**<br>Date:   June 17, 2024<br>Time:  1:30 p.m.<br><br>Complaint Filed: January 18, 2024<br>Trial Date:           Not set |

1
JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE INITIAL SCHEDULING CONFERENCE; ORDER

FP 50894196.1

Plaintiff KENYA GREEN, ("Plaintiff") and Defendants WALMART INC. and WAL-MART ASSOCIATES, INC., ("Defendants," and together with Plaintiff, the "Parties"), are pleased to report that they have reached a settlement in principle that resolves this case in all respects, which the Parties will codify in a formal written settlement agreement. The Parties anticipate filing a stipulation of dismissal with prejudice within 60 days.

In the meantime, the Parties, by and through their respective undersigned counsel of record, hereby stipulate and respectfully request that the Initial Scheduling Conference currently scheduled for June 17, 2024, be vacated or continued to August 16, 2024, or a date thereafter that is convenient for the Court.

**IT IS SO STIPULATED.**

Dated:  June 11, 2024                               Respectfully submitted,

                                                    FISHER & PHILLIPS LLP

                                                    By: */s/ Jessica A. Taylor*
                                                    Jason A. Geller
                                                    Juan C. Araneda
                                                    Jessica A. Taylor
                                                    Attorneys for Defendants
                                                    WALMART INC., and WAL-MART ASSOCIATES, INC.

Dated: June 11, 2024                                FREIMAN LEGAL

                                                    By: */s/ Lawrence W. Freiman*
                                                    Lawrence W. Freiman
                                                    Attorneys for Plaintiff
                                                    KENYA GREEN

**ECF ATTESTATION**

Pursuant to Local Rule 131(e) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

                                                     */s/ Jessica A Taylor*
                                                    Jessica A. Taylor

# ORDER

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREFOR,**

The Initial Scheduling Conference scheduled for June 17, 2024, is continued to **August 26, 2024 at 1:30 p.m.**  A joint status report shall be filed no later than **August 12, 2024** if the case has not been dismissed by that date.

**IT IS SO ORDERED.**

Dated:  June 13, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE