Jason A. Geller (SBN 168149)
　E-Mail:  jgeller@fisherphillips.com
Juan C. Araneda (SBN 213041)
　E-Mail:  jaraneda@fisherphillips.com
Jessica A. Taylor (SBN 301708)
　E-Mail:  jataylor@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile:  (415) 490-9001

Attorneys for Defendants
WALMART INC., and WAL-MART ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KENYA GREEN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WALMART INC.; WAL-MART ASSOCIATES, INC.; and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | Case No: 2:24-cv-00534-WBS-CKD<br><br>*[Removed from Sacramento County Superior Court, Case No. 24CV000807]*<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE – FRCP 41(a)(1)(A)(ii)**<br><br>Complaint Filed: January 18, 2024<br>Trial Date:　　　Not set |

　　　The parties' Joint Stipulation of Dismissal with Prejudice pursuant to FRCP 41(a)(1)(A)(ii), requesting dismissal of this entire action with prejudice, is hereby **GRANTED**.  The case is hereby dismissed in its entirety with prejudice and with respect to all parties, with each party bearing their own attorney's fees and costs.

　　　**IT IS SO ORDERED.**

Dated:  July 18, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
CERTIFICATE OF SERVICE

FP 50885542.1